DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYRIEK JAKARI GANIOUS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2475

[March 26, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 56-2021-CF-002841B.

Daniel Eisinger, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Anesha Worthy, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Appellant appeals his convictions and sentences for two counts of first-degree murder and possession of a firearm by a felon. Appellant raises six grounds for reversal. Only one of the six grounds merits brief discussion. Appellant argues and the State concedes the written order imposing cost of prosecution does not conform to the oral pronouncement at sentencing. We agree. Thus, we affirm the trial court's rulings, judgments, and sentences without discussion. However, we remand the case for the ministerial correction of the written order imposing cost of prosecution to conform to the oral pronouncement at sentencing.

*Affirmed with remand for ministerial correction of one order.*

LEVINE, CONNER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***